**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES POSTAL SERVICE,**
**AS SUBROGEE/ASSIGNEE OF ALL**
**CLAIMS OF DAN WOODRUFF, SUBROGOR/**
**ASSIGNOR,**                                                                    **PLAINTIFF,**

**VS.**                                    **CIVIL ACTION NO. 1:07CV298-P-D**

**J.C. MCGEE, A/K/A J. COLON MCGEE and**
**NELL F. MCGEE,**                                             **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' motion for summary judgment [29] is **GRANTED**; therefore,

(2) The plaintiff's claims against the defendants are **DISMISSED WITH PREJUDICE** with the parties to bear their own costs; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 21st day of November, A.D., 2008.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE